

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00243-CV

## Trial Court No. 2013C-0589

**In the Matter of the Marriage of Rusty Burnett Abney and Sandee Caprice Abnet and In the Interest of Breeana Caprice Abney and Britton Stanley Abney, Children**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Angie Locke |
| Clerk's record | $197.00 | Unknown |
| Filing | $100.00 | Angie Locke |
| Indigent | $25.00 | Angie Locke |
| Supreme Court chapter 51 fee | $50.00 | Angie Locke |
| Required Texas.gov efiling fee | $20.00 | Angie Locke |
| **TOTAL:** | $402.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 12th day of May 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk